UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                                    CASE NO. 10-14325
PATRICIA DILLON MCCALLON            CHAPTER 7
          Debtors                                    SECTION A

**WRITTEN FINDINGS REGARDING ORDER FOR ARREST WARRANT**

Considering that the court called this case on May 10, 2011, as a part of its docket for 8:30 a.m.; and

Considering that Kathryn S. Talbot, counsel for debtor, did not appear as commanded by the Court's March 17, 2011 order directing Kathryn Talbot to appear and show cause as to why this case should not be dismissed and/or closed with no discharge entered, for failure to file a certificate of completion of a Financial Management Course pursuant to FBR 1007(b)(7) and 11 U.S.C. Sect. 727(a)(11) and a failure to file a Statement of Debtor's Social Security Number.

Considering that Kathryn Talbot did not appear as commanded by this Court's April 18, 2011 order directing that Kathryn Talbot appear and show cause as to why this case should not be dismissed and/or closed with no discharge entered, for failure to file a certificate of completion of a Financial Management Course and failure to file a Statement of Debtor's Social Security Number. The debtor filed the Financial Management Course Certificate, but failed to file a Statement of Social Security Number. Counsel for debtor and the debtor failed to appear at the hearing.

Considering that Kathryn Talbot did not appear as commanded by the Court's April 29, 2011 order directing Kathryn Talbot appear and show cause as to why she has failed to tender sanctions in the amount of $500.00 for failure to appear at the hearing on the Court's Order to Show Cause. Kathryn Talbot did not appear at the hearing date scheduled on May 10, 2011.

Considering that the Orders were served by First Class Mail on June 3, 2011, as evidenced by the Certificate of Notice; and

Considering that the court considers the arrest of Kathryn Talbot to be necessary to insure her appearance before this Court to answer the June 3, 2011 Order Imposing Sanctions and Continuing Hearing that is scheduled for hearing on June 21, 2011 at 8:45 a.m. (a copy of which will be attached to the warrant as Exhibit A); therefore,

It is necessary to order the arrest of Kathryn Talbot, and a warrant pursuant to this order.

These written Findings are supplemental to reasons orally rendered for the issuance of the order for arrest and arrest warrant on June 3, 2011.

New Orleans, La., June 10, 2011.    _____
                                    Judge Elizabeth Magner